# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 24-1128V

| | |
|---|---|
| LINDA SIMON, | Chief Special Master Corcoran |
| Petitioner, | |
| v. | Filed: July 17, 2025 |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | |
| Respondent. | |

## ERRATA

Pursuant to Rule 60(a) of the Rules of the United States Court of Federal Claims, page 1 of the Court's Ruling on Entitlement issued on February 10, 2025 (ECF No. 17) and page 1 of the Court's Decision on Damages issued on February 27, 2025 (ECF No. 20) are hereby corrected to reflect that Petitioner's attorney of record Wendy Cox is affiliated with Siri & Glimstad LLP in Austin, Texas.

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u>
Brian H. Corcoran
Chief Special Master